# FILED

03/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 20-0570

---

JAMES T. AND ELIZABETH GRUBA AND LEO G. AND JEANNE R. BARSANTI,
*Petitioners/Appellants,*

v.

MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION, MONTANA PUBLIC SERVICE COMMISSION,
*Respondent/Appellee*,

and

NORTHWESTERN ENERGY,
*Respondent/Appellee.*

---

## ORDER GRANTING NORTHWESTERN ENERGY'S UNOPPOSED MOTION FOR 30-DAY EXTENSION TO FILE ANSWER BRIEFS

---

Based upon the unopposed motion pursuant to M.R.App.P. 26(1) and good cause appearing:

The motion is hereby GRANTED. Appellees NorthWestern Energy and the Montana Public Service Commission shall each have up to and including May 10, 2021, to file their answer briefs.

DATED this _____ day of March, 2021.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2021